# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Priscilla Rainey,

Plaintiff(s),

v.

Jayceon Terrell Taylor,

Defendant(s).

Case No.  15 C 6844
Judge  Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

      which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Judgment is entered in favor of Plaintiff Priscilla Rainey and against Defendant Jayceon Terrell Taylor in the amount of $7,130,100.00.

---

This action was *(check one)*:

☒ tried by a jury with Judge Gary Feinerman presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date:  11/18/2016                  Thomas G. Bruton, Clerk of Court

                                      /s? Jackie Deanes, Deputy Clerk