Michael Jason Lee, Esq. (State Bar No. 206110)
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: 858/ 550.9984
Facsimile: 858/ 550.9985
E-Mail:  Michael@mjllaw.com

Jessica Rasmussen, Esq. (State Bar No. 272106)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Ave., Ste. 200
Carlsbad, California 92008
Telephone: (858) 587-1800
Facsimile: (858) 587-2587
E-Mail:  jrasmussen@dmalaw.com

Attorney for Plaintiff,
PRISCILLA RAINEY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRISCILLA RAINEY, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>JAYCEON TERRELL TAYLOR a/k/a "THE GAME",<br><br>            Defendant. | **Case No.:  8:19-cv-00219-VAP**<br><br>**PLAINTIFF, PRISCILLA RAINEY'S REQUEST FOR APPOINTMENT OF PROCESS SERVER TO SERVE WRIT OF EXECUTION**<br><br>[Fed. R. Civ. Proc. 49(c)(3); L.R. 64-2] |

Pursuant to Federal Rules of Civil Procedure 4(c)(3) and Central District Local Rule 64-2, Plaintiff and judgment creditor Priscilla Rainey hereby respectfully requests that:

(1) any writ of execution issued by the Clerk for the United States District Court, Central District of California, in the above-referenced case, *Priscilla Rainey v. Jayceon Terrell Taylor a/k/a "THE GAME"* may be served by a licensed and duly registered private process server (Doug Forrest, registered Los Angeles County #5141) or any other duly registered process server of First Legal Support, Inc., in lieu of the United States Marshal pursuant to Cal. Civ. Proc. 699.080 and because the United States Marshal of the Central District does not serve writ levies; and (2) the United States Marshal remain the levying officer.

Dated: February 8, 2019        **LAW OFFICES OF MICHAEL JASON LEE, APLC**

*/s/ Michael Jason Lee*
Michael Jason Lee, Esq.
E-Mail: Michael@mjllaw.com
Attorney for Plaintiff, PRISCILLA RAINEY

-1-        Case No.: 8:19-cv-00219-VAP
PLAINTIFF, PRISCILLA RAINEY'S REQUEST FOR APPOINTMENT OF PROCESS SERVER TO SERVE WRIT OF EXECUTION