# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 19-219 VAP (MRWx) | Date | July 1, 2020 |
|---|---|---|---|
| Title | Rainey v. Taylor | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     ORDER TO SHOW CAUSE

    Judgment Creditor Rainey filed two motions to compel the deposition of Pass Go 2 Win and 5th Amendment Entertainment in this civil action. (Docket # 54, 55.) Plaintiff noticed the motions for hearing on July 15 with Judge Wilner. Under the Local Rules of Court, the responses of the third parties to the motions were due on June 24. However, the Court received no responsive submission from either party.

    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiff is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>July 9, at 9 a.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.

    The Clerk is directed to serve this order on the third parties at the addresses listed on the motion's proof of service:

Cash Jones  
5022 West Avenue N, # 102-56  
Palmdale, CA  93551

Cash Jones  
3053 Rancho Vista Blvd, Suite H-209  
Palmdale, CA  93551

Cash Jones  
41700 Firenze St.  
Lancaster, CA  93536