# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 19-219 VAP (MRWx) | Date | July 8, 2020 |
|---|---|---|---|
| Title | Rainey v. Taylor | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   **CORRECTED** ORDER TO SHOW CAUSE

Judgment Creditor Rainey filed two motions to compel the deposition of Pass Go 2 Win and 5th Amendment Entertainment in this civil action. (Docket # 54, 55.) Plaintiff noticed the motions for hearing on July 15 with Judge Wilner. Under the Local Rules of Court, the responses of the third parties to the motions were due on June 24. However, the Court received no responsive submission from either party.

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, **Responding Parties Pass Go 2 Win, 5th Amendment Entertainment, and Cash Jones** are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>July 23, at 9 a.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.

The July 15 hearing is taken <u>off calendar</u> without prejudice. The Court will contact the parties if any hearing is to be reset in this action.

The Clerk is directed to serve this order on the third parties at the addresses listed on the motion's proof of service:

| Cash Jones | Cash Jones |
|---|---|
| 5022 West Avenue N, # 102-56 | 3053 Rancho Vista Blvd, Suite H-209 |
| Palmdale, CA  93551 | Palmdale, CA  93551 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 19-219 VAP (MRWx) | Date | July 8, 2020 |
|---|---|---|---|
| Title | Rainey v. Taylor | | |

Cash Jones
41700 Firenze St.
Lancaster, CA  93536