UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:19-cv-00219-MCS-MRW | Date August 7, 2024 |
| Title *Rainey v. Taylor* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING EX PARTE APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE (ECF NO. 96)**

Judgment Creditor Priscilla Rainey applies ex parte for the issuance of an order to show cause why an order for the sale of a dwelling located in Calabasas should not be issued. (Appl., ECF No. 96.) The Court ordered supplemental briefing requiring Judgment Creditor to provide exhibits omitted from the initial filing and to provide cause to set a hearing over 45 days after the filing of the application. (Order, ECF No. 99.) Judgment Creditor filed the exhibits, (Exs., ECF No. 100), and a brief arguing that good cause exists to provide additional time for service of Judgment Debtor and for Judgment Debtor to appear and respond to the application, (Suppl. Br., ECF No. 101).

The Court agrees with Judgment Creditor that good cause appears to set the hearing over 45 days after the filing of the application. *See Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (applying Fed. R. Civ. P. 16(b)). The Court will issue the order to show cause requested in the application and set a hearing for October 7, 2024.

**IT IS SO ORDERED.**