1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PRISCILLA RAINEY, an individual,

        Plaintiff,

   v.

JAYCEON TERRELL TAYLOR a/k/a "THE GAME",

        Defendant.

Case No: 8:19-cv-00219-MCS-MRW

**ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE**

ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE

**TO JUDGMENT DEBTOR JAYCEON TERRELL TAYLOR AND TO ALL OTHER INTERESTED PARTIES HEREIN:**

The Court, having considered the Ex Parte Application of judgment creditor Priscilla Rainey ("Judgment Creditor") for an order for the execution sale of a dwelling located at 25090 Mulholland Highway, Calabasas, CA 91302, and for good cause shown,

IT IS HEREBY ORDERED that judgment debtor JAYCEON TERRELL TAYLOR appear on October 7, 2024, at 9:00 a.m., in Courtroom 7C of this Court, located at 350 West First Street, Los Angeles, California 90012, to show cause, if any, why the ex parte application for sale of dwelling should not be granted.

IT IS FURTHER ORDERED that a copy of this Order to Show Cause, of the ex parte application of the Judgment Creditor and of the Notice of Hearing in the form prescribed by the California Judicial Council shall be served, personally or by mail, on the Judgment Debtor. Copies of each of these documents shall also be personally served on the occupant(s) of the dwelling or, if no occupant(s) is/are present at the time service is attempted, posted in a conspicuous place at the dwelling. Service and posting of these documents shall be accomplished at least 30 days before the date of the hearing set forth above.

DATED: August 7, 2024

Mark C. Scarsi
_____
Mark C. Scarsi
United States District Judge

2

Case No.:  8:19-cv-00219-MCS-MRW

**ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE**